IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT EUGENE SINDORF,

     Petitioner,                    No.  2:11-cv-1547 JFM (HC)

   vs.

KAMALA HARRIS, et al.,

     Respondents.             ORDER

_____ /

       Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's October 5, 2011 motion for extension of time is granted; and

       2. Petitioner shall file and serve a traverse on or before November 7, 2011.

DATED: October 12, 2011.

UNITED STATES MAGISTRATE JUDGE

/mp014
sind1547.111