IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT EUGENE SINDORF,

    Petitioner,                    No. 2:11-cv-1547 JFM (HC)

    vs.

KAMALA HARRIS, et al.,

    Respondents.             <u>ORDER</u>

                                /

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 5, 2011 motion for extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before November 7, 2011.

DATED: October 12, 2011.

                                                UNITED STATES MAGISTRATE JUDGE

/mp014
sind1547.111