IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT EUGENE SINDORF,<br><br>                    Petitioner,<br><br>          vs.<br><br>MATTHEW CATE,[1] Secretary, California Department of Corrections and Rehabilitation,<br><br>                    Respondent. | No. 2:11-cv-01547-JKS<br><br>ORDER |

     Kurt Eugene Sindorf, a state parolee represented by counsel,[2] has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.  In his Petition and Reply, Sindorf has requested a stay and abeyance while he exhausts his unexhausted claims.[3]  Sindorf has not disclosed, however, what post-conviction proceedings, if any, are pending in the California courts.

     **IT IS THEREFORE ORDERED THAT** within **fourteen (14) days** of the date of service of this Order, counsel for Sindorf must serve and file a report of the status of those state-court proceedings, including as applicable: (1) the nature of the state court post-conviction proceedings; (2) the highest state court in which the proceedings have been filed; (3) the date

---

[1] Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, is substituted for Kamala Harris, Attorney General, Frank X. Chavez, Warden, and Siskiyou County Superior Court.  *See* 28 U.S.C. § 2242; Fed. R. Civ. P. 25(d).

[2] Although the Petition was filed by Sindorf appearing *pro se*, Sindorf is presently represented by retained counsel.

[3] *See Rhines v. Webber*, 544 U.S. 269 (2005).

filed; (4) whether or not those proceedings have been completed; and (5) if the state-court proceedings have not been completed, what further state-court proceedings, if any, are required.

**IT IS FURTHER ORDERED THAT**, if the state-court proceedings have been completed through the highest state court, Sindorf must attach a copy of the state-court decision to the report.

Dated:  August 14, 2012.

                                            /s/ James K. Singleton, Jr.
                                            JAMES K. SINGLETON, JR.
                                            United States District Judge