IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT EUGENE SINDORF,<br><br>                Petitioner,<br><br>     vs.<br><br>MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,<br><br>                Respondent. | No. 2:11-cv-01547-JKS<br><br>ORDER |

      In his Petition and Reply Kurt Eugene Sindorf, a state parolee represented by counsel, requested a stay and abeyance while he exhausts his unexhausted claims.[1] At Docket No. 22 this Court ordered Sindorf to file a report of the status of the state-court proceedings. At Docket No. 23 counsel for Sindorf filed the requested report. Based upon that report, for good cause shown,

      **IT IS HEREBY ORDERED THAT** further proceedings herein are hereby stayed and held in abeyance pending completion of the state-court proceedings.

      **IT IS FURTHER ORDERED THAT** not later than **December 3, 2012,** and every **ninety (90) days** thereafter, counsel for Sindorf must serve and file a report of the status of the proceedings in the California Supreme Court. The initial report must include: (1) the date filed and (2) what further action by the parties, if any, is required for submission for decision.

---

[1] *See Rhines v. Webber*, 544 U.S. 269 (2005).

**IT IS FURTHER ORDERED THAT**, unless appropriate post-conviction proceedings have been commenced in the California Supreme Court by **December 3, 2012**, the stay will be terminated, the unexhausted claims dismissed, and the exhausted claims submitted for decision.

**IT IS FURTHER ORDERED THAT** within **thirty (30) days** of the completion of the state-court proceedings, Sindorf must serve and file a copy of the decision of the California Supreme Court.

**IT IS FURTHER ORDERED THAT**, upon the filing of the decision of the California Supreme Court, the stay will be terminated without further order of this Court.

Dated:  October 19, 2012.

       /s/ James K. Singleton, Jr.
       JAMES K. SINGLETON, JR.
       United States District Judge